UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUNIQUE AGOSTINI, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LAKESHORE LEARNING MATERIALS, LLC,<br><br>Defendant. | 24-CV-5350 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 17, 2024, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. *See* ECF No. 5. On July 22, 2024, Defendant waived service. *See* ECF No. 6. The parties have not yet filed the joint letter required by the Court's Order of July 17, 2024.

The parties shall submit their joint letter no later than October 7, 2024.

SO ORDERED.

Dated:   September 30, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge